■ SETH ROSNER, Respondent, v NOON & PRATT, Appellant. [652 NYS2d 981] —Judgment, Supreme Court, New York County

(Lorraine Miller, J.), entered January 23, 1996, unanimously affirmed for the reasons stated by Miller, J., with costs and disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Rubin and Mazzarelli, JJ.